**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

I, **Robert Knott** state the following:
[PRINT NAME ABOVE]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently or was formerly employed by Indiana Packers, et al, at their meat processing facility located in Delphi, Indiana. I worked at this location from (month) **9-28-**, (year) **98** until (month) **Still**, (year) **There**

3. I understand that a lawsuit is being brought to recover from my employer compensation for pre and post production time activities. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit may be brought pursuant to both federal law and applicable state law.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree, to be a plaintiff herein, and to be bound by any settlement of the case or adjudication by the Court where the suit is brought.

6. I understand that this suit may be brought as a representative action covering myself and several other employees. If brought as a representative action under either federal or state law, I consent to join this action and agree to be included as a named plaintiff in this action.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information, and belief.

Date: **3-16-08**
Signed: **Robert Knott**
Print Name: **Robert Knott**
Print Address: **584 Harmon St Flora, Ind. 46929**
Telephone: **1-765-202-2981**
**1-765-202-3128**