## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

I, __Lynn M. Keay__ state the following:
[PRINT NAME ABOVE]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently or was formerly employed by <u>Indiana Packers, et al</u>, at their meat processing facility located in Delphi, Indiana. I worked at this location from (month) __4-12-91__, (year) ~~11-07~~ until (month) __11__, (year __07__

3. I understand that a lawsuit is being brought to recover from my employer compensation for pre and post production time activities. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit may be brought pursuant to both federal law and applicable state law.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree, to be a plaintiff herein, and to be bound by any settlement of the case or adjudication by the Court where the suit is brought.

6. I understand that this suit may be brought as a representative action covering myself and several other employees. If brought as a representative action under either federal or state law, I consent to join this action and agree to be included as a named plaintiff in this action.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information, and belief.

Date: __3-11-08__
Signed: __Lynn Keay__
Print Name: __Lynn M. Keay__
Print Address: __812 Fairwood Dr__
Telephone: __574-870-2288__