## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

I, __Lisa K. Baker__ state the following:
[PRINT NAME ABOVE]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently or was formerly employed by <u>Indiana Packers, et al</u>, at their meat processing facility located in Delphi, Indiana. I worked at this location from (month) __May 12__, (year) __1997__ until (month) __October__, (year) __2005__.

3. I understand that a lawsuit is being brought to recover from my employer compensation for pre and post production time activities. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit may be brought pursuant to both federal law and applicable state law.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree, to be a plaintiff herein, and to be bound by any settlement of the case or adjudication by the Court where the suit is brought.

6. I understand that this suit may be brought as a representative action covering myself and several other employees. If brought as a representative action under either federal or state law, I consent to join this action and agree to be included as a named plaintiff in this action.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information, and belief.

Date: __4-21-08__

Signed: __Lisa K Baker__

Print Name: __Lisa K. Baker__

Print Address: __6029 E. 200N Lot #14 Monticello, IN 47960__

Telephone: __1-219-869-3235__