## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

I, ESMERALDA GARCIA state the following:
[PRINT NAME ABOVE]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently or was formerly employed by Indiana Packers, *et al* , at their meat processing facility located in Delphi, Indiana. I worked at this location from (month) DICIEMBRE , (year) 99 until (month) JUNIO , (year 07

3.   I understand that a lawsuit is being brought to recover from my employer compensation for pre and post production time activities. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit may be brought pursuant to both federal law and applicable state law.

4.   I believe I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree, to be a plaintiff herein, and to be bound by any settlement of the case or adjudication by the Court where the suit is brought.

6.   I understand that this suit may be brought as a representative action covering myself and several other employees. If brought as a representative action under either federal or state law, I consent to join this action and agree to be included as a named plaintiff in this action.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information, and belief.

Date: 5-27-08

Signed: ESMERALDA GARCIA

Print Name: ESMERALDA GARCIA

Print Address: 518 JEFFERSON ST APT (1) LAFAYETTE, IN 47905

Telephone: (765) 4-714 9-18