# OPT-IN CONSENT FORM

*Michael, et al v. Indiana Packers Corporation*

**4:08-cv-00013-AS-APR**

United States District Court, Northern District of Indiana

**Complete And Mail To:**

ATTN: INDIANA PACKERS Corporation

**[INSERT NAME OF AGREED UPON CLAIMS ADMINISTRATOR]**

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2. I worked as an hourly employee of Indiana Packers Corporation from on or about **(month, year)** 06/07 to on or about 7/06 _____ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., and Schneider & Wallace, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against INDIANA PACKERS CORPORATION, regarding my claims.

| Name: (Please Print) | Date of Birth: |
|---|---|
| Jose M Mendez | 2/14/45 |
| **Address:** PO. BOX 1314 LOGAN SPORT IN. 46947 | **Phone No. 1:** **Phone No. 2:** 847 409 2124 |

**\*\*NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**