# OPT-IN CONSENT FORM
*Michael, et al v. Indiana Packers Corporation*
**4:08-cv-00013-AS-APR**
United States District Court, Northern District of Indiana
**Complete And Mail To:**
ATTN: INDIANA PACKERS Corporation

**[INSERT NAME OF AGREED UPON CLAIMS ADMINISTRATOR]**

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2. I worked as an hourly employee of Indiana Packers Corporation from on or about **(month, year)** 2001 to on or about MAY 2008 **(month, year)**.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., and Schneider & Wallace, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against INDIANA PACKERS CORPORATION, regarding my claims.

Area code - 765

| Name: (Please Print) | Date of Birth: |
|---|---|
| Maria Ofelia Garrison | 2-5-1944 |
| Address: 318 Cook Street Delphi, Indiana 46923-1501 | Phone No. 1: 564-3825<br>Phone No. 2: 765-564-0037 cell |

**\*\*NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**