# OPT-IN CONSENT FORM

*MICHAEL, et al v. INDIANA PACKERS CORPORATION, 4:08-cv-00013-AS-APR*
United States District Court for the Northern District of Indiana, Lafayette Division

**Complete And Mail To:**

RECEIVED NOV 21 2008

INDIANA PACKERS OVERTIME LITIGATION
C/O BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

000085

| Name: (Please Print) Isiah Ivery | Date of Birth: March 16, 1985 |
|---|---|
| Address: 1438 West 123rd St. Chicago, IL 60643 | Phone No. 1: (773) 995-8525 Phone No. 2: (773) 264-3124 |

## CONSENT TO JOIN COLLECTIVE ACTION

### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue any claims I may have for unpaid wages or overtime arising out of the alleged violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2. I worked as an hourly production, maintenance or sanitation employee for Indiana Packers Corporation from on or about (month, year) August 2007 to on or about (month, year) December 2007.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment, whether favorable or unfavorable, including any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., and Schneider Wallace Cottrell Brayton Konecky, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against Indiana Packers Corporation regarding my claims.

| (Date Signed) November 7 2008 | (Signature) Isiah Ivery |
|---|---|

DETACH HERE

**NOTE**

PLEASE RETURN THIS FORM BEFORE THE DEADLINE OF JANUARY 7, 2009. IF YOU DO NOT RETURN THIS FORM BY JANUARY 7, 2009, THE COURT MAY NOT ALLOW YOU TO PARTICIPATE IN THIS LAWSUIT.



No. 31717552

CL CSC ST PT EAST- CSC      Please retain for your records.
PO BOX: 8032
STEVENS POINT, WI 54481-8032

1  1   1,492   07344   BCLM.F2T701PC

REFERENCE NO.  101108695
EMPLOYEE/PATIENT:
ISIAH IVERY

INDIANA PACKERS CORPORATION
ATTN CHERYL BURKHALTER
HWY 421 S
DELPHI IN  46923

THIS DOES NOT INCLUDE YOUR WAITING
PERIODOF 11/29/07-12/05/07

CL NO.   51C691048

NOT NEGOTIABLE
$******129.16

'MENT COVERS--0 WEEKS 4 DAYS DISABILITY FROM 120607 THRU 120907                (10/05)
▼ Detach Here ▼

No. 31718

Please retain for your records.

CL CSC ST PT EAST- CSC
PO BOX: 8032
STEVENS POINT, WI 54481-8032

1 1   603      07365    BC

REFERENCE NO. 101112993
EMPLOYEE/PATIENT:
ISIAH IVERY

INDIANA PACKERS CORPORATION
CHERYL BURKHALTER
HWY 421 S
DELPHI IN   46923

CL NO.   51C6910
NOT NEGOTIABLE
$*******64.58

THIS PAYMENT COVERS--0 WEEKS 2 DAYS DISABILITY FROM 121007 THRU

▼ Detach Here ▼

20-656