## OPT-IN CONSENT FORM

***MICHAEL, et al v. INDIANA PACKERS CORPORATION, 4:08-cv-00013-AS-APR***
United States District Court for the Northern District of Indiana, Lafayette Division

**RECEIVED** NOV 2 1 2008

**Complete And Mail To:**

000084

INDIANA PACKERS OVERTIME LITIGATION
C/O BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

| Name: (Please Print) Robert S. Clark | Date of Birth: Aug 26, 1968 |
|---|---|
| Address: 2601 Soldiers Hm. Rd. #45 West lafayette IN. 47906 | Phone No. 1: (765) 418-3146 |
| | Phone No. 2: |

DETACH HERE

### CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1.  I consent and agree to pursue any claims I may have for unpaid wages or overtime arising out of the alleged violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2.  I worked as an hourly production maintenance or sanitation employee for Indiana Packers Corporation from on or about **(month, year)** ~~Sept 08~~ 11/07 to on or about **(month, year)** 11/08 .

3.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment, whether favorable or unfavorable, including any judgment of the Court or any settlement of this action.

4.  I specifically authorize the Named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., and Schneider Wallace Cottrell Brayton Konecky, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against Indiana Packers Corporation regarding my claims.

| (Date Signed) 11/17/08 | (Signature) Robert S. Clark |
|---|---|

**\*\*NOTE\*\***

**PLEASE RETURN THIS FORM BEFORE THE DEADLINE OF JANUARY 7, 2009. IF YOU DO NOT RETURN THIS FORM BY JANUARY 7, 2009, THE COURT MAY NOT ALLOW YOU TO PARTICIPATE IN THIS LAWSUIT.**



In additionto Indiana Packers Corp ,Tyson Fresh meats was another Packing Plant where I worked. from where on a weekly Bassis was shorted on my check. One of my Supervisors would tell me you do not get paid for the extra half hour that worked. When I worked on some overtime another shift they would tell me that the times the Supervisor on that Shift would not write down Your badge and hours you would not get Paid. this whent on. The entier two yeas that I worked there I was cheeted esecialy. with the times when I was still on the clock the time I would clean my equipment Starting from 10/05 to 5/08 could you please help me

receive compensation for
all the monies that is long
over due please


Thank you

Robert S. Clark