# FORMULARIO DE CONSENTIMIENTO PARA OPTAR POR LA INCLUSIÓN

**MICHAEL, et al v. INDIANA PACKERS CORPORATION, 4:08-cv-00013-AS-APR**
Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Indiana, División Lafayette

## COMPLETAR Y ENVIAR POR CORREO A:

INDIANA PACKERS OVERTIME LITIGATION
C/O BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

000124

RECEIVED JAN 0 6 2009

Nombre (letra de imprenta): Elizabeth Moreno / Elizabeth Moreno
Dirección: 832 W Miami Ave, Logansport IN 46947
Fecha de nacimiento: 10-26-79
1er no. de teléfono: 574-722-1880
2do no. de teléfono:

## CONSENTIMIENTO PARA PARTICIPAR EN UNA ACCIÓN COLECTIVA
### Bajo la Ley de normas laborales justas, 29 U.S.C. § 216(b)

1. Consiento y acepto [...] de las supuestas infracciones de la Ley de normas laborales justas en relación al juicio antes nombrado.

2. Trabajé como empleado por hora en producción, mantenimiento o limpieza para Indiana Packers Corporation desde alrededor de (mes, año) 9-10-07 hasta alrededor de (mes, año) comense y sigo trabajando

3. Entiendo que este juicio se interpone bajo la Ley de normas laborales justa de 1938, con sus enmiendas, 29 U.S.C. § 201 et seq. Por el presente consiento, acuerdo y opto por la inclusión como Demandante en el presente y a estar obligado por cualquier fallo, ya sea favorable o no favorable, incluido cualquier fallo del Tribunal o cualquier arreglo de esta acción judicial.

4. Autorizo específicamente a los Demandantes Nombrados, y a sus abogados, Philip (Felipe) Downey, Esq., Berger & Montague, P.C. y Schneider Wallace Cottrell Brayton Konecky, LLP, como mis representantes para entablar este juicio en mi nombre y negociar un arreglo de cualquier y todo reclamo de compensación que yo tenga en contra de Indiana Packers Corporation en relación a mis reclamos.

(Fecha de la firma) 12-30-08
(Firma) Elizabeth Moreno

**\*\*NOTA\*\***
SÍRVASE DEVOLVER ESTE FORMULARIO ANTES DE LA FECHA LÍMITE, 7 ENERO, 2009.
SI NO DEVUELVE ESTE FORMULARIO ANTES DEL 9 ENERO, 2009, ES POSIBLE QUE EL TRIBUNAL NO LE PERMITA PARTICIPAR EN ESTE JUICIO.

4

