## OPT-IN CONSENT FORM

*MICHAEL, et al v. INDIANA PACKERS CORPORATION, 4:08-cv-00013-AS-APR*
United States District Court for the Northern District of Indiana, Lafayette Division

**Complete And Mail To:**  000137

INDIANA PACKERS OVERTIME LITIGATION
C/O BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

RECEIVED JAN 1 2 2009

| Name: (Please Print) Johron T. Coleman | Date of Birth: 4-22-85 |
|---|---|
| Address: Cass County Logansport 100 Court Park 46947 | Phone No. 1: none |
| | Phone No. 2: |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue any claims I may have for unpaid wages or overtime arising out of the alleged violations of the Fair Labor Standards Act in connection with the above-referenced lawsuit.

2. I worked as an hourly production, maintenance or sanitation employee for Indiana Packers Corporation from on or about **(month, year)** 3-20-07 to on or about **(month, year)** 12-25-07.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment, whether favorable or unfavorable, including any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiffs, and their attorneys, Philip (Felipe) Downey, Esq., Berger & Montague, P.C., and Schneider Wallace Cottrell Brayton Konecky, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against Indiana Packers Corporation regarding my claims.

| (Date Signed) 12-28-08 | (Signature) Johron Coleman |
|---|---|

**\*\*NOTE\*\***
**PLEASE RETURN THIS FORM BEFORE THE DEADLINE OF JANUARY 7, 2009. IF YOU DO NOT RETURN THIS FORM BY JANUARY 7, 2009, THE COURT MAY NOT ALLOW YOU TO PARTICIPATE IN THIS LAWSUIT.**

4

John T. Coleman
100 court Park
Logansport In, 46947

Indiana Packers Overtime Litigation
c/o Berger & Montague P.C.
1622 Locust Street
Philadelphia, Pa 19103

I beg that the court please forgive my tardy time in dealing with this law suit, I have no money where I am, so this time was as soon as I could get ahold of an envelope to mail back my OPT-IN consent form. I do believe I was under paid for my over time though I'm not sure how many overtime hours I work I believe 10 to 100 hours were worked Thankyou for you time and patience I hope to hear from you all soon

SSN XXX-XX-8423

Signed... John T. Coleman