# FORMULARIO DE CONSENTIMIENTO PARA OPTAR POR LA INCLUSIÓN

*MICHAEL, et al v. INDIANA PACKERS CORPORATION, 4:08-cv-00013-AS-APR*
Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Indiana, División Lafayette

**COMPLETAR Y ENVIAR POR CORREO A:**   000136

INDIANA PACKERS OVERTIME LITIGATION
C/O BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

RECEIVED JAN 1 2 2009

| Nombre: (letra de imprenta) Zenobio L. Paredes | Fecha de nacimiento: 08/13/57 |
|---|---|
| Dirección: 200 ½ Wheatland Ave. Logansport IN 46947- | 1er no. de teléfono: 574-739-0407  2do no. de teléfono: 574-732-4127 |

## CONSENTIMIENTO PARA PARTICIPAR EN UNA ACCIÓN COLECTIVA
### Bajo la Ley de normas laborales justas, 29 U.S.C. § 216(b)

1. Consiento y acepto llevar adelante todo reclamo que tenga por salarios u horas extras impagos surgidos de las supuestas infracciones de la Ley de normas laborales justas en relación al juicio antes nombrado.

2. Trabajé como empleado por hora en producción, mantenimiento o limpieza para Indiana Packers Corporation desde alrededor de **(mes, año)** 01/05 hasta alrededor de **(mes, año)** PRESENT DATE.

3. Entiendo que este juicio se interpone bajo la Ley de normas laborales justa de 1938, con sus enmiendas, 29 U.S.C. § 201 *et seq.* Por el presente consiento, acuerdo y opto por la inclusión como Demandante en el presente y a estar obligado por cualquier fallo, ya sea favorable o no favorable, incluido cualquier fallo del Tribunal o cualquier arreglo de esta acción judicial.

4. Autorizo específicamente a los Demandantes Nombrados, y a sus abogados, Philip (Felipe) Downey, Esq., Berger & Montague, P.C. y Schneider Wallace Cottrell Brayton Konecky, LLP, como mis representantes para entablar este juicio en mi nombre y negociar un arreglo de cualquier y todo reclamo de compensación que yo tenga en contra de Indiana Packers Corporation en relación a mis reclamos.

| (Fecha de la firma) 01/07/09 | (Firma) |
|---|---|

**\*\*NOTA\*\***
SÍRVASE DEVOLVER ESTE FORMULARIO ANTES DE LA FECHA LÍMITE, 7 ENERO, 2009.
SI NO DEVUELVE ESTE FORMULARIO ANTES DEL 9 ENERO, 2009, ES POSIBLE
QUE EL TRIBUNAL NO LE PERMITA PARTICIPAR EN ESTE JUICIO.

4

Fenorio L. Papeses
200 1/2 Wheatland Ave.
Logansport IN. 46947

Indiana Packers Overtime Litigation
c/o Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103.