# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## ORDER

The Clerk is hereby directed to reassign the following civil cases to Judge Jon E. DeGuilio as the presider for all further proceedings:

| | |
|---|---|
| 3:06-cv-265-RLM | US Dept. Of Labor v. Robert Rudecki |
| 3:08-cv-242-PPS | Granoukos v. Paradise RV, LLC |
| 3:08-cv-269-PPS | Beech v. Superintendent |
| 3:08-cv-470-RL | Snyder v. Tiller |
| 3:08-cv-484-TLS | Dr. Charles E. Bayless v. Ancilla Domini College |
| 3:08-cv-490-TLS | Heartland Recreational Vehicles, LLC v. Forest River, Inc. |
| 3:08-cv-497-TLS | Jones v. Miami Correctional Facility |
| 3:08-cv-523-PPS | LifeLock Inc. v. John Does 1-5 |
| 4:03-cv-017-RLM | Freeland v. TIG Insurance Co. |
| 4:06-cv-117-PPS | Medical Assurance Co., Inc. v. Weinberger MD |
| 4:07-cv-016-PPS | ISCRHWF v. Embry's Roofing, Inc. |
| 4-07-cv-054-JTM | Marinov v. The Trustees of Purdue University |
| 4:07-cv-069-JTM | Smith v. Lafayette Bank and Trust |
| 4-07-cv-072-WCL | Hoskins v. Gunn Trucking, LLC |
| 4:08-cv-013-RLM | Michael v. Indiana Packers Corp. |
| 4:08-cv-023-WCL | Carroll v. Kamps |
| 4:08-cv-029-JTM | Medical Assurance Co., Inc. v. Miller |
| 4:08-cv-051-RLM | State Farm Fire and Casualty v. CW |
| 4:08-cv-054-PPS | Campbell v. Roxane Laboratories., Inc. |
| 4:08-cv-055-TLS | American Casualty Company of Reading Pennsylvania v. Schilli Transportation Services Inc. |
| 4:08-cv-056-JVB | Pritts v. Ball Metal Co. |
| 4:08-cv-059-TLS | Holland v. Jefferson Pilot Financial Insurance Co. |
| 4:08-cv-060-JVB | Wabash National Corp. v. Ryder Truck Rental, Inc. |
| 4:08-cv-063-JTM | Williams v. City of Lafayette |
| 4:08-cv-090-JTM | Tyler v. The Trustees of Purdue University |
| 4:09-cv-006-PPS | Olson v. Brown |
| 4:09-cv-007-PPS | Thomas v. Davidson |
| 4:09-cv-009-TLS | Inman v. Wabash National Corp. |
| 4:09-cv-014-TLS | Hines v. Temian |
| 4:09-cv-015-JVB | Walter v. Walmart Stores, Inc. |
| 4:09-cv-023-JVB | Matthys v. Wabash National |
| 4:09-cv-026-WCL | DeLapaz v. Magnifique Parfumes and Cosmetics, Inc. |
| 4:09-cv-036-RLM | Duneland Dialysis, LLC v. Anthem Insurance Co., Inc. |
| 4:09-cv-037-JVB | Snider v. Pekney |

| | |
|---|---|
| 4:09-cv-045-RL | Emergency Services Billing Corp., Inc v. Allstate Insurance. Co. |
| 4:09-cv-046-PPS | Newhart v. Commissioner of Social Security |
| 4:09-cv-047-JVB | ISCRHWF v. Dodds Painting, Inc. |
| 4:09-cv-052-TLS | Byrd v. ConAgra Foods, Inc. |
| 4:09-cv-053-JVB | ISCRHWF v. Top Quality Glass & Mirror Co., Inc. |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

**IT IS SO ORDERED**.


**DATED**: June 3, 2010                                   /s/ Philip P. Simon
**Chief Judge**
**United States District Court**