UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DALE MICHAEL, ROBERT KNOTT, ROBERT NICHOLS, APRIL FOSTER, JEREMY FOSTER, and LYNN KEAY, on behalf of themselves and all others similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA PACKERS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 4:08-CV-013 JD ) ) ) ) ) ) ) |

ORDER

The class action complaint filed in this matter against Defendant Indiana Packers Corporation for claims of FLSA violations, Indiana's Wage Payment Statute violations, Unjust Enrichment (ultimately dismissed), and Quantum Meruit (ultimately dismissed) were collectively settled. After the Court held a Final Fairness Hearing on August 16, 2010, for which proper notice was given to the potential class members, the Court entered a final judgment on August 23, 2010, certifying the relevant classes and approving the class action settlement [DE 253]. The Court further retained jurisdiction and oversight over the settlement proceedings and directed the parties to file intermittent joint status reports until the settlement was completed and the settlement fund account was closed, at which time the Court would enter a dismissal of the action upon joint request of the parties [DE 253 at 10-11].

On August 23, 2013, the parties filed their last joint report indicating that the administration of the settlement is concluded [DE 266]. And in accordance with this Court's

certification order [DE 253], by the end of August 2013 the claims administrator will have transferred all remaining funds (not distributed to the settlement class members after three years of the effective date of the settlement agreement), to the cy pres recipient, Gleaners Food Bank, Inc., a non-profit organization that has worked to end hunger in Indiana since 1980 and benefitted the community in which the class members are believed to reside [DE 243 at 25-26]. With the conclusion of the settlement administration, the parties jointly request the Court to dismiss this action [DE 266]. Accordingly, the joint request is GRANTED and this lawsuit is DISMISSED.

    SO ORDERED.

    ENTERED:   September 10, 2013

                                        /s/ JON E. DEGUILIO
                                        Judge
                                        United States District Court